**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF NEW JERSEY

Case number *(if known)* _____    Chapter __11__

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **RIHH, LLC** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | **DBA  PFSP**<br>**DBA  PFSP Specialty Pharmacy** |
| 3. | Debtor's federal Employer Identification Number (EIN) | **61-1732305** |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **398 W. Grand Avenue**<br>**Rahway, NJ 07065**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Union**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

5. Debtor's website (URL)  _____

6. Type of debtor

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **RIHH, LLC**                                                                    Case number (*if known*) _____
_____
Name

**7.  Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____    When _____    Case number _____
District _____    When _____    Case number _____

Debtor    **RIHH, LLC**

Name                                                                    Case number (*if known*) _____

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | Relationship | _____ |
|---|---|---|---|
| District | _____ When _____ | Case number, if known | _____ |

---

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds** .

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

☐ 1-49
■ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

---

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
■ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

**16. Estimated liabilities**

☐ $0 - $50,000

☐ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

---

8/21/23 1:16PM

| Debtor | **RIHH, LLC** | | Case number (*if known*) |
|---|---|---|---|
| | Name | | |

☐ $50,001 - $100,000          ■ $10,000,001 - $50  million          ☐ $1,000,000,001 - $10 billion

☐ $100,001 - $500,000          ☐ $50,000,001 - $100 million          ☐ $10,000,000,001 - $50 billion

☐ $500,001 - $1 million          ☐ $100,000,001 - $500 million          ☐ More than $50 billion

| Debtor | **RIHH, LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | |
|---|---|
| **17. Declaration and signature of authorized representative of debtor** | The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |
| | I have been authorized to file this petition on behalf of the debtor. |
| | I have examined the information in this petition and have a reasonable belief that the information is true and correct. |
| | I declare under penalty of perjury that the foregoing is true and correct. |

Executed on   **August 21, 2023**
                MM / DD / YYYY

**X** /s/ Fabian A. Herrera                                    **Fabian A. Herrera**
Signature of authorized representative of debtor      Printed name

Title   **CEO**

---

| | |
|---|---|
| **18. Signature of attorney** | **X** /s/ E. Richard Dressel                       Date   **August 21, 2023** |

Signature of attorney for debtor                               MM / DD / YYYY

**E. Richard Dressel**
Printed name

**Lex Nova Law, LLC**
Firm name

**10 E. Stow Road**
**Suite 250**
**Marlton, NJ 08053**
Number, Street, City, State & ZIP Code

Contact phone   **856.382.8211**          Email address   **rdressel@lexnovalaw.com**

**ED1793 NJ**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **RIHH, LLC**

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known)    _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    **12/15**

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐  *Schedule H: Codebtors* (Official Form 206H)
☐  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐  Amended *Schedule* _____
☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐  Other document that requires a declaration    _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August 21, 2023**          X **/s/ Fabian A. Herrera**
_____                    Signature of individual signing on behalf of debtor

                                           **Fabian A. Herrera**
                                           Printed name

                                           **CEO**
                                           Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **RIHH, LLC** |
| United States Bankruptcy Court for the: | **DISTRICT OF NEW JERSEY** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **American Express PO Box 1270 Newark, NJ 07101-1270** | | | | | | **$78,025.85** |
| **Amerisource Bergen Drug Corporation. PO Box 29808 New York, NY 10087** | | **All Assets (except vehicles; subject to subordination agreement in favor of Financial Resources FCU)** | | **$1,050,940.26** | **$0.00** | **$1,050,940.26** |
| **Cardinal Health 233 Mason Road La Vergne, TN 37086-3212** | | | | | | **$54,610.00** |
| **Carwin Pharmaceutical Associates, LLC 1301 Highway 36, Suite 12 Hazlet, NJ** | | | **Contingent Unliquidated Disputed** | | | **$453,000.00** |
| **CloudFund LLC 400 Rella Blvd., Suite 165-101 Suffern, NY 10901** | | **MCA - Accounts Receivable** | | **$299,800.00** | **$0.00** | **$299,800.00** |
| **Delta Bridge 1263 W 250 S Spanish Fork, UT 84660** | | **MCA Agreement - Accounts Receivable** | | **$287,308.00** | **$0.00** | **$287,308.00** |
| **Fabian Herrera 304 West Lane Clark, NJ 07066** | | **Amounts loaned and co-obligor on various obligations** | | | | **$494,008.45** |

| Debtor | **RIHH, LLC** | | | | Case number *(if known)* | |
|---|---|---|---|---|---|---|
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Financial Resources FCU 520 US Highway 22 East Bridgewater, NJ 08807-2410** | | **Blanket first lien on all assets of Debtor (except vehicles); via subordination agreements with Amerisource and Value Drug** | | $2,989,468.33 | $404,756.70 | $2,584,711.63 |
| **Financial Resources FCU 520 Highway 22 East Bridgewater, NJ 08807** | | **Blanket lien on all assets of Debtor (except vehicles)** | | $349,412.50 | $0.00 | $349,412.50 |
| **FKGM, LLC 398 W. Grand Avenue Rahway, NJ 07065** | | **Lease Arrearages** | | | | $202,180.00 |
| **Frier Levitt LLC 84 Bloomfield Avenue Attn: Jesse C. Dresser, Esquire Pine Brook, NJ 07058** | | | | | | $88,765.00 |
| **Lion Business Funding, c/o James Trudell, Esquire 95 Hopmeadow Street Simsbury, CT 06070** | | **MCA - Accounts Receivable** | | $144,269.00 | $0.00 | $144,269.00 |
| **LSL West Therapeutics 249 Fifth Avenue Pittsburgh, PA 15222** | | | | | | $32,459.48 |
| **Michele Esposito 304 West Lane Clark, NJ 07066** | | | | | | $200,715.49 |
| **NJ Teks 874-B1 Pompton Avenue Cedar Grove, NJ 07009** | | **IT** | | | | $30,271.17 |
| **Shurv Capital Investment Group, LLC 602 Wersler Lane Malvern, PA 19355** | | | | | | $105,000.00 |

| Debtor | **RIHH, LLC** | | Case number *(if known)* | |
|--------|---------------|--|--------------------------|--|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **St. Francis Medical Center 601 Hamilton Avenue Trenton, NJ 08629** | | | | | | **$536,482.96** |
| **Value Drug Company PO Box 1027 Duncansville, PA 16635** | | **All Assets (except vehicles; subject to subordination agreement in favor of Financial Resources FCU)** | | **$7,161,782.03** | **$0.00** | **$7,161,782.03** |
| **Wiss & Company LLP 100 Campus Drive Suite 400 Florham Park, NJ 07932** | | | | | | **$71,750.00** |
| **WM Capital Group LLC 199 Lee Avenue Brooklyn, NY 11211** | | | | | | **$40,000.00** |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **RIHH, LLC** |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number (if known) | |

☐ Check if this is an
amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

**3.** **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **TD Bank, N.A.** | **Operating Account** | **8732** | $32.00 |
| 3.2. | **T.D. Bank, N.A.** | **Payroll Account** | **0948** | $0.00 |
| 3.3. | **TD Bank, N.A.** | **Operating Account (overdrawn ($8974.10))** | **3925** | $0.00 |
| 3.4. | **T.D. Bank, N.A.  (Operating Account)(overdrawn ($304.67))** | | | $0.00 |

**4.** **Other cash equivalents** *(Identify all)*

**5.** **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | |
|---|---|
| | $32.00 |

### Part 2:    Deposits and Prepayments

**6. Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Debtor | **RIHH, LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

---

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

11a. 90 days old or less: _____ 385,406.63 - _____ 0.00 = .... _____ $385,406.63

face amount            doubtful or uncollectible accounts

12.    **Total of Part 3.**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| $385,406.63 |
|---|

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.    **Raw materials** | | | | |
| 20.    **Work in progress** | | | | |
| 21.    **Finished goods, including goods held for resale** | | | | |
| 22.    **Other inventory or supplies** **Inventory - medications** | | $0.00 | | $5,318.07 |

23.    **Total of Part 5.**
Add lines 19 through 22.  Copy the total to line 84.

| $5,318.07 |
|---|

24.    **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

| Debtor | **RIHH, LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>**Desks, chairs, office furnishings** | **$0.00** | | **$1,000.00** |
| | **Computers/Server** | **$0.00** | | **$2,000.00** |
| 40. | **Office fixtures**<br>**Pharmacy tables, shelving** | **$0.00** | | **$1,000.00** |
| | **T.D. Bank, N.A.  (Operating Account)(overdrawn ($304.67))** | **$0.00** | | **$0.00** |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software**<br>**Refrigerator (double)** | **$0.00** | | **$1,000.00** |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43. **Total of Part 7.**

Add lines 39 through 42.  Copy the total to line 86.

| **$5,000.00** |
|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 8:**    **Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

Debtor    **RIHH, LLC**                                    Case number *(If known)* _____
          Name

47.    **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

       47.1.   **2018 Chevrolet Malibu (Vin xxx3071)** _____    **$0.00**    _____    **$9,000.00**

       47.2.   **2018 Chevrolet Malibu (VIN xxx0391)** _____    **$0.00**    _____    **$9,000.00**

48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
       floating homes, personal watercraft, and fishing vessels

49.    **Aircraft and accessories**

50.    **Other machinery, fixtures, and equipment (excluding farm
       machinery and equipment)**

51.    **Total of Part 8.**                                              | **$18,000.00** |

       Add lines 47 through 50.  Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
       ■ No
       ☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 9: | **Real property** |

54. **Does the debtor own or lease any real property?**

       ■ No.  Go to Part 10.
       ☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |

59. **Does the debtor have any interests in intangibles or intellectual property?**

       ☐ No.  Go to Part 11.
       ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.    **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.    **Internet domain names and websites** | | | |
| 62.    **Licenses, franchises, and royalties** **Board of Pharmacy licenses (all states)** | **$0.00** | | **$0.00** |
| 63.    **Customer lists, mailing lists, or other compilations** | | | |
| 64.    **Other intangibles, or intellectual property** | | | |
| 65.    **Goodwill** | | | |

66.    **Total of Part 10.**                                            | **$0.00** |

       Add lines 60 through 65. Copy the total to line 89.

| Debtor | **RIHH, LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**

☑ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No
☐ Yes

**Part 11:**  **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
☑ Yes Fill in the information below.

| | | Current value of debtor's interest |
|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73. | **Interests in insurance policies or annuities**<br>**Kansas City Life (Fabian Herrera) (term)(policy no. xxx9689)**<br>**Lincoln Life (Fabian Herrera) (convertible term)** | **$0.00** |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)**<br>**Cause of Action vs. Carwin Phamaceutical Associates, LLC (as set forth as a counterclaim in teh matter of Carwin Pharmaceutical Associates, LLC vs. RIHH LLC) (consignment, prescription issues)** | **$0.00** |
| | Nature of claim | |
| | Amount requested                    **$0.00** | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| 78. | **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | **$0.00** |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No
☐ Yes

Debtor    **RIHH, LLC**                                    Case number *(If known)* _____
          Name

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $32.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $385,406.63 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $5,318.07 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $5,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $18,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $413,756.70 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $413,756.70 |

**Fill in this information to identify the case:**

Debtor name   **RIHH, LLC**

United States Bankruptcy Court for the:   DISTRICT OF NEW JERSEY

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                 12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:   List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **Amerisource Bergen Drug Corporation.**<br>Creditor's Name<br><br>**PO Box 29808**<br>**New York, NY 10087**<br>Creditor's mailing address | **Describe debtor's property that is subject to a lien**<br>**All Assets (except vehicles; subject to subordination agreement in favor of Financial Resources FCU)** | **$1,050,940.26** | **$0.00** |

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number 1757**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

| | | | |
|---|---|---|---|
| **2.2** **Arcadia Funding Partners Inc.**<br>Creditor's Name<br><br>**1231 East 35th Street**<br>**Brooklyn, NY 11210**<br>Creditor's mailing address | **Describe debtor's property that is subject to a lien**<br>**MCA - Accounts Receivable** | **$10,213.00** | **$0.00** |

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Debtor    **RIHH, LLC**                                    Case number (if known) _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **CloudFund LLC** | Describe debtor's property that is subject to a lien | **$299,800.00** | **$0.00** |
|-----|-------------------|------------------------------------------------------|-----------------|-----------|

Creditor's Name

**400 Rella Blvd., Suite 165-101**
**Suffern, NY 10901**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**MCA - Accounts Receivable**

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Delta Bridge** | Describe debtor's property that is subject to a lien | **$287,308.00** | **$0.00** |
|-----|------------------|------------------------------------------------------|-----------------|-----------|

Creditor's Name

**1263 W 250 S**
**Spanish Fork, UT 84660**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**MCA Agreement - Accounts Receivable**

**Describe the lien**
**MCA Agreement - Accounts Receivable**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Financial Resources FCU** | Describe debtor's property that is subject to a lien | **$2,989,468.33** | **$404,756.70** |
|-----|-----------------------------|------------------------------------------------------|-------------------|------------------|

Creditor's Name

**520 US Highway 22 East**
**Bridgewater, NJ 08807-2410**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**Blanket first lien on all assets of Debtor (except vehicles); via subordination agreements with Amerisource and Value Drug**

**Describe the lien**

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 2 of 6

Debtor    **RIHH, LLC**
Name                                                      Case number (if known) _____

_____
Creditor's email address, if known

**Date debt was incurred**
**07/20/20**
**Last 4 digits of account number**
**1067**
**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **Financial Resources FCU** | Describe debtor's property that is subject to a lien | $349,412.50 | $0.00 |

Creditor's Name

**520 Highway 22 East**
**Bridgewater, NJ 08807**
Creditor's mailing address

**Blanket lien on all assets of Debtor (except vehicles)**

_____
Creditor's email address, if known

**Describe the lien**
_____

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**07/2020**
**Last 4 digits of account number**
**1068**
**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **GM Financial** | Describe debtor's property that is subject to a lien | $15,505.00 | $9,000.00 |

Creditor's Name

**P.O. Box 183593**
**Arlington, TX 76096**
Creditor's mailing address

**2018 Chevrolet Malibu**

_____
Creditor's email address, if known

**Describe the lien**
**Purchase Money Security**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**1429**
**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor  **RIHH, LLC**
Name

Case number (if known)

---

| 2.8 | **GM Financial** | Describe debtor's property that is subject to a lien | **$15,000.00** | **$9,000.00** |
|---|---|---|---|---|

Creditor's Name

**2018 Chevrolet Malibu**

**PO Box 183593**
**Arlington, TX 76096**

Creditor's mailing address

Describe the lien

**Purchase Money Security**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

**05/23**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**0787**

**Do multiple creditors have an
interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Unliquidated

☐ Disputed

---

| 2.9 | **Lion Business Funding, c/o** | Describe debtor's property that is subject to a lien | **$144,269.00** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**MCA - Accounts Receivable**

**James Trudell, Esquire**
**95 Hopmeadow Street**
**Simsbury, CT 06070**

Creditor's mailing address

Describe the lien

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Unliquidated

☐ Disputed

---

| 2.10 | **NewCo  Capital Group VI LLC** | Describe debtor's property that is subject to a lien | **$11,638.00** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**MCA - Accounts Receivavle**

**1545 Route 202 Suite 203**
**Pomona, NY 10970**

Creditor's mailing address

Describe the lien

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

---

| Debtor | **RIHH, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 1 | **Value Drug Company** | Describe debtor's property that is subject to a lien | $7,161,782.03 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**All Assets (except vehicles; subject to subordination agreement in favor of Financial Resources FCU)**

**PO Box 1027
Duncansville, PA 16635**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number
1543**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 2 | **White Road Capital/** | Describe debtor's property that is subject to a lien | $330,189.88 | Unknown |
|---|---|---|---|---|

Creditor's Name

**GFE (Global Funding Experts)
27-01 Queens Plaza North, Suite 802
Long Island City, NY 11101**

**MCA - Accounts Receivable**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    **$12,665,526.00**

| Debtor | **RIHH, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Ariel Bouskila, Esquire**<br>**Berkovitch & Bouskila, PLLC**<br>**1545 U.S. 202, Suite 101**<br>**Pomona, NY 10970** | Line _2.10_ | |
| **CSC**<br>**801 Adlai Stevenson Drive**<br>**Springfield, IL 62703** | Line _2.2_ | |
| **GM Financial Leasing**<br>**PO Box 78143**<br>**Phoenix, AZ 85062-8143** | Line _2.8_ | |
| **Law Offices of Isaac H. Greenfield, PLLC**<br>**2 Executive Boulevard, Suite 305**<br>**Suffern, NY 10901** | Line _2.2_ | |
| **Lion Business Funding**<br>**1266 E. Main Street**<br>**Suite 700R**<br>**Stamford, CT 06901** | Line _2.9_ | |
| **Vadim Serebro, Esquire**<br>**55 Broadway, 3rd Floor**<br>**New York, NY 10006** | Line _2.3_ | |

**Fill in this information to identify the case:**

Debtor name    **RIHH, LLC**

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known)

☐ Check if this is an
amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                  12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| **2.1.** | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease dated 12/01/2018 Term:  10 years. Debtor with option to renew up to 3 times, at 5 years per additional term. Rent: $7,340 Arrearages:  $202,180** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **FKGM, LLC 398-406 West Grand Avenue Rahway, NJ** |
| **2.2.** | State what the contract or lease is for and the nature of the debtor's interest | **Lease - 39 month lease for 2022 Chevrolet Bolt EV @ $498/month1,070.88** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **GM Financial Leasing P.O. Box 78143 Phoenix, AZ 85062-8143** |
| **2.3.** | State what the contract or lease is for and the nature of the debtor's interest | **Lease - lease of 2022 Chevrolet Bolt EV; $498.93/month for 39 months** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **GM Financial Leasing PO Box 78143 Phoenix, AZ 85062-8143** |

8/21/23 1:16PM

| Debtor 1 | **RIHH, LLC** | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of Hewlett Packard Copier 60 months @ $822.65/month Lease dated 11/19/2019** | |
|---|---|---|---|
| | State the term remaining | **17 months (approx)** | **Hewlett-Packard Financial Services Co. 200 Connell Drive Berkeley Heights, NJ 07922** |
| | List the contract number of any government contract | | |

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of five (5) Sharp copiers 63 month a @ $2,810/month Lease dated 5/19/2023** | |
|---|---|---|---|
| | State the term remaining | **48 months (approx)** | **Wells Fargo Financial Leasing, Inc. 800 Walnut, 4th Floor Des Moines, IA 50309** |
| | List the contract number of any government contract | | |

8/21/23 1:16PM

Debtor name      **RIHH, LLC**

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

**12/15**

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Fabian A. Herrera** | **398 W. Grand Avenue**<br>**Rahway, NJ 07065** | **NewCo Capital Group VI LLC** | ■ D ___**2.10**___<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **Fabian A. Herrera** | **398 W. Grand Avenue**<br>**Rahway, NJ 07065** | **Arcadia Funding Partners Inc.** | ■ D ___**2.2**___<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | **Fabian Herrera** | **398 W. Grand Avenue**<br>**Rahway, NJ 07065** | **Shurv Capital Investment Group, LLC** | ☐ D _____<br>■ E/F ___**3.27**___<br>☐ G _____ |
| 2.4 | **Fabian Herrera** | **398 W. Grand Avenue**<br>**Rahway, NJ 07065** | **Lion Business Funding, c/o** | ■ D ___**2.9**___<br>☐ E/F _____<br>☐ G _____ |
| 2.5 | **Fabian Herrera** | **398 W. Grand Avenue**<br>**Rahway, NJ 07065** | **CloudFund LLC** | ■ D ___**2.3**___<br>☐ E/F _____<br>☐ G _____ |

Debtor    **RIHH, LLC**    Case number *(if known)* _____

| | Additional Page to List More Codebtors |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**    *Column 2:* **Creditor**

| 2.6 | **Fabian Herrera LLC** | **398 W. Grand Avenue Rahway, NJ 07065** | **NewCo  Capital Group VI  LLC** | ■ D  __2.10__ <br> ☐ E/F _____ <br> ☐ G _____ |
|---|---|---|---|---|
| 2.7 | **FKGM LLC** | **398 W. Grand Avenue Rahway, NJ 07065** | **Shurv Capital Investment Group, LLC** | ☐ D _____ <br> ■ E/F  __3.27__ <br> ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name      **RIHH, LLC**

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy        04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:**    **Income**

1.  **Gross revenue from business**

    ☐ None.

| **Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year** | **Sources of revenue**<br>Check all that apply | **Gross revenue**<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2023** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$1,389,568.38** |
| **For prior year:**<br>From  **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | **$11,717,758.00** |
| **For year before that:**<br>From  **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other _____ | **$31,713,454.00** |
| **For the fiscal year:**<br>From  **1/01/2020** to **12/31/2020** | ■ Operating a business<br>☐ Other _____ | **$38,975,428.00** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | **Description of sources of revenue** | **Gross revenue from each source**<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:**    **List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

| Debtor | **RIHH, LLC** | | Case number *(if known)* | |

■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **Lion Business Funding, LLC, c/o James Trudell, Esquire 945 Hopmeadow Street Simsbury, CT 06070** | **levy on bank account.** | **7/2023** | **$27,820.16** |

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| **Lion Business Funding, c/o James Trudell, Esquire 945 Hopmeadow Street Simsbury, CT 06070** | Last 4 digits of account number: _____ | **06/27/2023** | **$27,820.16** |

**Part 3:**   **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Carwin Pharmaceutical Assoicates, LLC v. RIHH, LLC (d/b/a PFSP Specialty Pharmacy)** | **Collection** | **Superior Court of New Jersey Law Division Monmouth County** | ■ Pending ☐ On appeal ☐ Concluded |

Debtor    **RIHH, LLC**

Case number *(if known)* _____

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.2. | **St. Francis Medical Center v. RIHH, LLC d/b/a Patient First Service Pharmacy**<br>**MER-L-002071-22** | **Collection** | **Superior Court of New Jersey**<br>**Law Division**<br>**Civil Part** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **Lion Business Funding, LLC v. RIHH, LLC d/b/a Patient First Services**<br>**FST-CV-23-6061971-S** | **Collection** | **Superior Court**<br>**Judicial District of Stamford- Norwalk** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | **CloudFund LLC v. RIHH LLC, d/b/a Patient First Services Pharmacy, d/b/a RFSP** | **Collection** | **Superior Court of the State of New York**<br>**County of Nassau** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | **Newco Capital Group VI LLC v. RIHH LLC, et al.**<br>**0333/2023** | **Collection** | **Supreme Court of the State of New York** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:  Certain Gifts and Charitable Contributions**

**9.** **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:  Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:  Certain Payments or Transfers**

11. **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

Debtor    **RIHH, LLC**                                         Case number *(if known)* _____

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. **Lex Nova Law LLC** **10 E. Stowe Road** **Marlton, NJ 08053** | 08/9/2023 - $7,400; and 80/23/2023 - $2,600 (from retainer) | 08/9/23 and 08/23/2023 | $10,000.00 |
| **Email or website address** | | | |
| **Who made the payment, if not debtor?** **Fabian Herrera** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

| Debtor | RIHH, LLC | Case number *(if known)* |
|--------|-----------|--------------------------|

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

■ Yes. Does the debtor serve as plan administrator?

    ☐ No Go to Part 10.

    ■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|--------------|--------------------------------------------|
| **RIHH, LLC 401K Profit Sharing Plan Trust, 210 Westfield, Clark, NJ 07066** | EIN: **611732305; Trust ID# 37-1928660** |

Has the plan been terminated?

■ No

☐ Yes

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

## Part 12: Details About Environment Information

For the purpose of Part 12, the following definitions apply:

    *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the

Debtor   **RIHH, LLC**
Case number *(if known)* _____

medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26a.1. | **Ross, Anglim & Angelini**<br>**775 Mountain Blvd.,**<br>**Watchung, NJ 07069** | **2019 - 2020** |
| 26a.2. | **Wiss Accounting LLP**<br>**100 Campus Drive, Suite 400**<br>**Florham Park, NJ 07932** | **2020 - current** |
| 26a.3. | **Joseph Cusano, CPA, PC**<br>**100 Morris Avenue**<br>**Suite 200**<br>**Springfield, NJ 07081** | **2015 - 2019** |

Debtor    **RIHH, LLC**                                                                          Case number *(if known)*

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Wiss Accounting, LLP**<br>**100 Campus Drive**<br>**Florham Park, NJ 07932** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

■ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | **Bianca Briscese** | **6/30/23** | **$5,328.07** |
| | Name and address of the person who has possession of inventory records<br>**xx** | | |
| 27.2. | **Bianca Briscese** | **5/31/23** | **$8,171.81** |
| | Name and address of the person who has possession of inventory records<br>**xx** | | |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Fabian Herrera** | **304 West Lane**<br>**Clark, NJ 07066** | **CEO** | **100% owner of Fabian Herrera, LLC (which is the 100% owner of RIHH LLC)** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

| Debtor | RIHH, LLC | Case number *(if known)* |
| --- | --- | --- |

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

|  | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
| --- | --- | --- | --- | --- |
| 30.1. | **Fabian Herrera** | **$120,192.25 plus medical insurance** | **8/1/2022 - present** | **Compensation.** |
|  | Relationship to debtor **CEO** |  |  |  |
| 30.2. | **Michele Esposito** | **$73,846.08 plus medical insurance** | **8/1/2022 - present** | **Compensation.** |
|  | Relationship to debtor |  |  |  |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
| --- | --- |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
| --- | --- |

| Part 14: | Signature and Declaration |
| --- | --- |

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August 21, 2023**

**/s/ Fabian A. Herrera**                              **Fabian A. Herrera**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **CEO**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No
☐ Yes

# United States Bankruptcy Court
### District of New Jersey

In re    **RIHH, LLC**

Debtor(s)

Case No. _____

Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Fabian Herrera LLC**<br>**398 W. Grand Avenue**<br>**Rahway, NJ 07065** | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **CEO** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **August 21, 2023**

Signature    **/s/ Fabian A. Herrera**

**Fabian A. Herrera**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

## United States Bankruptcy Court
### District of New Jersey

In re  **RIHH, LLC**                                    Case No.

                                        Debtor(s)      Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **August 21, 2023**          **/s/ Fabian A. Herrera**
                                     **Fabian A. Herrera**/CEO
                                     Signer/Title

Advent Advisory Group, LLC
209 Main Street
Northport, NY 11768


American Express
PO Box 1270
Newark, NJ 07101-1270


Amerisource Bergen Drug Corporation.
PO Box 29808
New York, NY 10087


Arcadia Funding Partners Inc.
1231 East 35th Street
Brooklyn, NY 11210


Ariel Bouskila, Esquire
Berkovitch & Bouskila, PLLC
1545 U.S. 202, Suite 101
Pomona, NY 10970


Beacon Protection Group, LLC
41 Vreeland Avenue
Totowa, NJ 07512


Better Business Bureau
1262 Whitehorse-Hamilton Square Road
Bldg. A, Suite 202
Trenton, NJ 08690


Brian S. Paszamant, Esquire
Michael R. Darbee, Esquire
Blank Rome LLP
300 Carnegie Center, Suite 220
Princeton, NJ 08540


Cardinal Health
233 Mason Road
La Vergne, TN 37086-3212


Carwin Pharmaceutical Associates, LLC
1301 Highway 36, Suite 12
Hazlet, NJ

CloudFund LLC
400 Rella Blvd., Suite 165-101
Suffern, NY 10901


CNA
 PO Box 790094
Saint Louis, MO 63179-0706


Comcast
PO Box 21638
Saint Paul, MN 55121


CSC
801 Adlai Stevenson Drive
Springfield, IL 62703


D2 Pharma Consulting, LLC
400 Chesterfield Center, Suite 400
Chesterfield, MO 63017


Delta Bridge
1263 W 250 S
Spanish Fork, UT 84660


Elizabethtown Gas
PO Box 5412
Carol Stream, IL 60197-5412


Fabian A. Herrera
398 W. Grand Avenue
Rahway, NJ 07065


Fabian Herrera
304 West Lane
Clark, NJ 07066


Fabian Herrera
398 W. Grand Avenue
Rahway, NJ 07065


Fabian Herrera LLC
398 W. Grand Avenue
Rahway, NJ 07065

Financial Resources FCU
520 US Highway 22 East
Bridgewater, NJ 08807-2410


Financial Resources FCU
520 Highway 22 East
Bridgewater, NJ 08807


First Insurance Funding
450 Skokie Blvd, Suite 1000
Northbrook, IL 60062-7917


FKGM LLC
398 W. Grand Avenue
Rahway, NJ 07065


FKGM, LLC
398 W. Grand Avenue
Rahway, NJ 07065


FKGM, LLC
398-406 West Grand Avenue
Rahway, NJ


Frier Levitt LLC
84 Bloomfield Avenue
Attn: Jesse C. Dresser, Esquire
Pine Brook, NJ 07058


GM Financial
P.O. Box 183593
Arlington, TX 76096


GM Financial
PO Box 183593
Arlington, TX 76096


GM Financial Leasing
PO Box 78143
Phoenix, AZ 85062-8143


GM Financial Leasing
P.O. Box 78143
Phoenix, AZ 85062-8143

Hewlett-Packard Financial Services Co.
200 Connell Drive
Berkeley Heights, NJ 07922


Law Office of Michael S. Doran, LLC
Michael S. Doran, Esquire
1136 US Highway 22, Suite 205
Mountainside, NJ 07092


Law Offices of Isaac H. Greenfield, PLLC
2 Executive Boulevard, Suite 305
Suffern, NY 10901


Lincoln Financial Group
P.O. Box 21008
Greensboro, NC 27420-1008


Lion Business Funding
1266 E. Main Street
Suite 700R
Stamford, CT 06901


Lion Business Funding, c/o
James Trudell, Esquire
95 Hopmeadow Street
Simsbury, CT 06070


Lion Business Funding, LLC, c/o
James E. Trudell, Esquire
Hassett & George, P.C.
945 Hopmeadow Street
Simsbury, CT 06070


LSL West Therapeutics
249 Fifth Avenue
Pittsburgh, PA 15222


Michael S. Doran, Esquire
Law Office of Michael S. Doran, LLC
1136 US-22
Mountainside, NJ 07092


Michele Esposito
304 West Lane
Clark, NJ 07066

New Leaf by Key Centrix
2420 N. Woodlawn Blvd
Bldg. 500
Wichita, KS 67220


Newark Community Health Center
741 Broadway
Newark, NJ 07104


NewCo  Capital Group VI  LLC
1545 Route 202 Suite 203
Pomona, NY 10970


NJ Manufacturers
301 Sullivan Way
Trenton, NJ 08628


NJ Teks
874-B1 Pompton Avenue
Cedar Grove, NJ 07009


Principal Life Insurance Company
PO Box 10372
Des Moines, IA 50306-0372


PSE&G
PO Box 14444
New Brunswick, NJ 08906-4444


Shurv Capital Investment Group, LLC
602 Wersler Lane
Malvern, PA 19355


Sign Source
1205 Raritan Road
Clark, NJ 07066


St. Francis Medical Center
601 Hamilton Avenue
Trenton, NJ 08629


TD Bank, N.A.
P.O. Box
Lewiston, ME 04243

Therigy LLC
2301 Maitland Center Parkway Suite 201
Maitland, FL 32751-7415


ULine Supplies
PO Box 88741
Chicago, IL 60680-1741


United Healthcare  Oxford
PO Box 94017
Palatine, IL 60094-4017


URAC Reaccreditation
PO Box 79758
Baltimore, MD 21279-0758


URAC Reaccreditation
1220 L. Street NW
Washington, DC 20005


USLI
P.O. Box 62778
Baltimore, MD 21264-2778


Vadim Serebro, Esquire
55 Broadway, 3rd Floor
New York, NY 10006


Valet Health
9595 Six Pines Drive
Suite 8210
Spring, TX 77380


Value Drug Company
PO Box 1027
Duncansville, PA 16635


Veolia Water
69 DeVoe Place
Hackensack, NJ 07601


Wells Fargo Financial Leasing, Inc.
800 Walnut, 4th Floor
Des Moines, IA 50309

White Road Capital/
GFE (Global Funding Experts)
27-01 Queens Plaza North, Suite 802
Long Island City, NY 11101


Wiss & Company LLP
100 Campus Drive Suite 400
Florham Park, NJ 07932


WM Capital Group LLC
199 Lee Avenue
Brooklyn, NY 11211


Zufall Health Center
18 W. Blackwell Street
Dover, NJ 07801

# United States Bankruptcy Court
### District of New Jersey

In re   **RIHH, LLC** _____

_____   Debtor(s)

Case No. _____

Chapter   **11** _____


## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)


Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **RIHH, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:


■ None [*Check if applicable*]


**August 21, 2023** _____

Date

**/s/ E. Richard Dressel** _____

**E. Richard Dressel**

Signature of Attorney or Litigant

Counsel for   **RIHH, LLC** _____

**Lex Nova Law, LLC**
**10 E. Stow Road**
**Suite 250**
**Marlton, NJ 08053**
**856.382.8211 Fax:856.406.7398**
**rdressel@lexnovalaw.com**

# United States Bankruptcy Court
### District of New Jersey

In re    **RIHH, LLC**                                                   Case No.
_____
                                    Debtor(s)          Chapter    **11**    _____

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the CEO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing , consisting of ___**0**___ page(s), and that they are true and correct to the best of my knowledge, information, and belief.

Date **August 21, 2023**    _____    Signature    **/s/ Fabian A. Herrera**    _____
                                                                    **Fabian A. Herrera**
                                                                    **CEO**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§   152 and 3571.